UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA BLANCA LEON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WOODLAKE, *et al*.<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01374-NONE-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 16 |

　　　On February 27, 2020, the parties filed a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 16. The stipulation is signed by all parties who have appeared. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: 　March 2, 2020　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.